**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Gregory John Waldorf
15659 Parkwood Cir
Avon, MN 56310

Case No: 12−60085 − DDO

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−3374

Debtor(s)

Chapter 7 Case

### DISCHARGE OF DEBTOR(S)

It appears that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 4/24/12

Dennis D O'Brien
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on April 24, 2012
Lori Vosejpka Clerk, United States Bankruptcy Court
By: admin Deputy Clerk

**dsc7** 12/01/2007 − hlb

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

  Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

  a. Debts for most taxes;

  b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

  c. Debts that are in the nature of alimony, maintenance, or support;

  d. Debts for most student loans;

  e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

  f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

  g. Some debts which were not properly listed by the debtor;

  h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

  i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

  j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Minnesota

In re:                                                                                          Case No. 12-60085-DDO
Gregory John Waldorf                                                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-6        User: admin              Page 1 of 3                 Date Rcvd: Apr 25, 2012
                            Form ID: 7dsc            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2012.
```
db          +Gregory John Waldorf,    15659 Parkwood Cir,    Avon, MN 56310-8639
smg         +United States Attorney,    600 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
59714869    +AMERICAN HOME MORTGAGE,    P.O. BOX 631730,    IRVING, TX 75063-0002
59714870     CHARTER COMMUNICATIONS,    P O BOX 3149,    MILWAUKEE, WI 53201-3149
59714871    +ELLINGSON PLUMBING HEATING,    2510 S BROADWAY ST,    ALEXANDRIA, MN 56308-3417
59714872    +FIRST NATIONAL BANK OF COLD SPRING,    BOX 416,    COLD SPRING, MN 56320-0416
59714873   ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
             (address filed with court: FOCUS RECEIVABLES MANAGEMENT,     SUITE 200,
             8306 LAUREL FAIR CI STE 200,    TAMPA, FL   33610)
59714874    +JEFFERSON CAPITAL SYSTEMS,    16 MCLELAND RD,    ST CLOUD, MN 56303-2198
59714875    +LAW OFFICE OF ANTHONY PETROCCHI,    1601 ELM ST STE 900,    DALLAS, TX 75201-4701
59714876   #+LORRIE TIMBS,    5017 BUBBLING CREEK #205,    MILLINGTON, TN 38053-4469
59714877    +MELROSE STORAGE,    22 5TH ST S W,    MELROSE, MN 56352-1261
59714879     OPTION ONE,    BOX 57054,    IRVINE, CA 92619-7054
59714884    +TCF BANK,    801 MARQUETTE AVE,    MINNEAPOLIS, MN 55402-3475
59714885     TENNESEE DEPT OF HUMAN SERVICES,    400 DEADERICK ST - 15TH FLOOR,    NASHVILLE, TN  37243-1403
59714887    +VICTOR INC.,    3989 CENTRAL AV NE STE 570,    COLUMBIA HEIGHTS, MN 55421-4076
59714889     XCEL ENERGY,    PO BOX 9477,    MINNEAPOLIS, MN  55484-9477
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +EDI: MINNDEPREV.COM Apr 25 2012 21:58:00      Minnesota Department of Revenue,
             Bankruptcy Section,    PO BOX 64447,    St Paul, MN 55164-0447
smg         +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov Apr 25 2012 22:13:47      US Trustee,
             1015 US Courthouse,    300 S 4th St,    Minneapolis, MN 55415-3070
59750684    +EDI: ATLASACQU.COM Apr 25 2012 21:58:00      Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
59771705    +E-mail/Text: BANKRUPTCY@MYCMCU.ORG Apr 25 2012 22:13:25      Central Minnesota Credit Union,
             att: Chase Larson,    320 Main St E,    PO Box 160,    Melrose MN 56352-0160
59731513     EDI: RECOVERYCORP.COM Apr 25 2012 21:58:00      GE Capital Retail Bank,
             c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
59714878     E-mail/Text: mdes.bkpt.tax@state.mn.us Apr 25 2012 22:10:32      MINNESOTA DEED,    P O BOX 75576,
             ST PAUL, MN  55175-0576
59714880    +EDI: PINNACLE.COM Apr 25 2012 21:58:00      PINNACLE FINANCIAL GROUP,
             7825 WASHINGTON AVE S STE 310,    MINNEAPOLIS, MN 55439-2424
59714881     E-mail/Text: bklaw@centurylink.com Apr 25 2012 22:12:11      QWEST,    PO BOX 173826,
             DENVER, CO  80217-3826
59714882     E-mail/Text: bkdepartment@rtresolutions.com Apr 25 2012 22:30:38      REAL TIME RESOLUTIONS,
             1750 REGAL ROW STE 120,    DALLAS, TX  75235-2287
59714883     EDI: AISTMBL.COM Apr 25 2012 21:58:00      T MOBILE,    P O BOX 37380,
             ALBUQUERQUE, NM  87176-7380
59714886     EDI: USBANKARS.COM Apr 25 2012 21:58:00      US BANK,    BOX 1800,    ST PAUL, MN  55101-0800
59714888    +EDI: WFFC.COM Apr 25 2012 21:58:00      WELLS FARGO FINANCIAL,    4143 121ST ST,
             URBANDALE, IA 50323-2310
59714889     EDI: XCELENERGY.COM Apr 25 2012 21:58:00      XCEL ENERGY,    PO BOX 9477,
             MINNEAPOLIS, MN  55484-9477
                                                                                              TOTAL: 13
```
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0864-6           User: admin              Page 2 of 3              Date Rcvd: Apr 25, 2012
                               Form ID: 7dsc            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2012**              **Signature:**     *Joseph Speetjens*

```
District/off: 0864-6          User: admin              Page 3 of 3             Date Rcvd: Apr 25, 2012
                              Form ID: 7dsc            Total Noticed: 28


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2012 at the address(es) listed below:
          Atlas Acquisitions LLC    avi.schild@atlasacq.com
          Sam   Calvert    on behalf of Debtor Gregory Waldorf calcloud@gmail.com,
           calcloud1@gmail.com;calvert.sam@gmail.com
          Stephen J Creasey    screasey@lapplibra.com,   nspooner@lapplibra.com;MN0B@ecfcbis.com
          US Trustee   ustpregion12.mn.ecf@usdoj.gov
                                                                                             TOTAL: 4
```